```
Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889


Attorney for SARAYA KELLY
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Saraya Kelly<br><br>　　　　　Defendant. | No.   2:17-cr-134 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING AND MODIFY THE DISCLOSURE AND BRIEFING SCHEDULE**<br><br>Judge: Hon. Garland E. Burrell, Jr.<br>Time:　9:00 a.m.<br>Date:　December 14, 2018 |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATT YELOVICH, Assistant United States Attorney, and DUSTIN D. JOHNSON, Counsel for SARAYA KELLY, that the Judgment and Sentencing hearing date of December 1, 2017 be vacated, the matter be set for Judgment and Sentencing on December 14, 2018 at 9:00 a.m. The parties anticipate using the requested time period to conduct additional research and preparation for making a final sentencing recommendation to the Court in this case. Additionally, this continuance will allow defense counsel more time to obtain and review the proposed Pre-Sentence reports and the final Pre-Sentence report with his client.

1

1 | The probation officer has provided the following briefing
2 | schedule based on the new Judgment and Sentencing Date of
3 | December 14, 2018:

- Reply, or Statement of Non-Opposition: **December 7, 2018**
- Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **November 30, 2018**
- The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: **November 23, 2018**
- Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **November 16, 2018**
- The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: **November 2, 2018**

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

The probation officer has no objection to this briefing schedule.

Dated: September 25, 2017    Respectfully Submitted,

/s/ Dustin Johnson
DUSTIN D. JOHNSON
Attorney for Defendant
SARAYA KELLY

Dated: September 25, 2017    PHILLIP TALBERT
United States Attorney

/s/ MATTHEW YELOVICH (via email)
MATTHEW YELOVICH
Assistant U.S. Attorney

```
1  Dustin D. Johnson (SBN: 234008)
   Two Rivers Law, P.C.
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4
5  Attorney for SARAYA KELLY
6
7
8                  UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10
11 United States of America,    No.  2:17-cr-134 GEB
12         Plaintiff,           [PROPOSED] ORDER
13     v.                       Judge: Hon. Garland E. Burrell, Jr.
                                Time:  9:00a.m.
14 Saraya Kelly,                Date:  December 14, 2018
15         Defendant.
```

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that 1) the Judgment and Sentencing hearing date of December 1, 2017 be vacated, 2) the matter be set for Judgment and Sentencing on December 14, 2018 at 9:00 a.m, and 3) the following disclosure and briefing schedule be adopted:

- Reply, or Statement of Non-Opposition: **December 7, 2018**
- Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **November 30, 2018**
- The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: **November 23, 2018**

3

- Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **November 16, 2018**
- The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: **November 2, 2018**

Dated: September 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge