1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  P.O. Box 1081
   El Dorado, CA  95623
3  Telephone:  (530) 885-6244

4

5  Attorney for Defendant
   SARAYA KELLY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00134 TLN |
| 12                 Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| 13  v. | |
| 14  SARAYA KELLY, | |
| 15                 Defendant | |

16

17     Defendant SARAYA KELLY, by and through her counsel of record, TONI WHITE, and the

18  GOVERNMENT, by and through Assistant United States Attorney CHRISTINA McCALL hereby

19  stipulate as follows:

20     1.     By previous order, this matter was set for sentencing on January 11, 2024.

21     2.     By this stipulation, defendant now moves to continue the sentencing to April 18,

22  2024, at 9:30 a.m.  The GOVERNMENT does not oppose this request.

23     3. This continuance will allow for the interview of Ms. Kelley and preparation of the

24  presentence report.

25     4. The probation officer, Julie Besabe, is available and is in agreement with the disclosure

26  schedule requested by the parties.

27

28
                                    1

1   5. The parties request the following disclosure schedule:

2   Judgment and Sentencing Date:                                                  April 18, 2024

3   Reply, or Statement of Non-opposition:                                         April 11, 2024

Motion for Correction of the Presentence Report shall be filed
with the Court and served on the Probation Officer and opposing
counsel no later than:                                                            April 4, 2024

The Pre-Sentence Report Shall be Filed with the Court and
Disclosed to Counsel no Later Than:                                               March 28, 2024

Counsel's Written Objections to the Pre-Sentence
Report Shall be Delivered to the Probation Officer
and Opposing Counsel no Later Than:                                               March 21, 2024

The Proposed Pre-Sentence Report shall be
Disclosed to Counsel on or Before:                                                March 7, 2024

IT IS SO STIPULATED.

Dated: January 4, 2024                         PHILLIP A. TALBERT
                                               United States Attorney

                                               By:   */s/ Toni White for*
                                               CHRISTINA MCCALL
                                               Assistant U.S. Attorney

                                               For the United States

Dated: January 4, 2024                         By:   */s/ Toni White*
                                               TONI WHITE

                                               For Defendant Saraya Kelly

# **O R D E R**

IT IS SO FOUND AND ORDERED this 8th day of January, 2024.

                                               _____
                                               Troy L. Nunley
                                               United States District Judge

3