TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
SARAYA KELLY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>SARAYA KELLY,<br><br>                              Defendant | CASE NO. 2:17-CR-00134 TLN<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |

Defendant SARAYA KELLY, by and through her counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney CHRISTINA McCALL hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on April 18, 2024.

2.      By this stipulation, defendant now moves to continue the sentencing to July 11, 2024. The GOVERNMENT does not oppose this request.

3. This continuance will allow for defense counsel to coordinate with counsel for Ms. Kelly in an old state court matter to clarify issues surrounding prior convictions and obtain records relating to those convictions, for defense counsel to provide that information to the probation officer to address criminal history points in the presentence report, for defense preparation in other aspects of sentencing and for completion of the presentence report.

4. The probation officer, Julie Besabe, is available and is in agreement with the disclosure schedule requested by the parties.

5. The presentence interview has already been conducted.

6. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | July 11, 2024 |
| Reply, or Statement of Non-opposition: | July 4, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 27, 2024 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | June 20, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | June 13, 2024 |
| The Proposed Pre-Sentence Report shall be Disclosed to Counsel on or Before: | May 30, 2024 |

IT IS SO STIPULATED.

Dated:  April 2, 2024                    PHILLIP A. TALBERT
                                         United States Attorney

                                         By:      */s/ Toni White for*
                                         CHRISTINA MCCALL
                                         Assistant U.S. Attorney

                                         For the United States


Dated:  April 2, 2024                    By:      */s/ Toni White*
                                         TONI WHITE

                                         For Defendant Saraya Kelly




**O R D E R**

IT IS SO FOUND AND ORDERED this 2nd day of April, 2024.


                                         Troy L. Nunley
                                         United States District Judge