1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  P.O. Box 1081
   El Dorado, CA  95623
3  Telephone:  (530) 885-6244

4

5  Attorney for Defendant
   SARAYA KELLY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:17-CR-00134 TLN
12 |                  Plaintiff,      | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**
13 | v.                               |
14 | SARAYA KELLY,                    |
15 |                  Defendant       |

16

17     Defendant SARAYA KELLY, by and through her counsel of record, TONI WHITE, and the

18 GOVERNMENT, by and through Assistant United States Attorney CHRISTINA McCALL hereby

19 stipulate as follows:

20     1.     By previous order, this matter was set for sentencing on July 11, 2024.

21     2.     By this stipulation, defendant now moves to continue the sentencing to September 19,

22 2024, at 9:30 a.m.. The GOVERNMENT does not oppose this request.

23     3. This continuance will allow for defense counsel to coordinate with counsel for Ms. Kelly

24 in an old state court matter to clarify issues surrounding prior convictions and obtain records relating

25 to those convictions, for defense counsel to provide that information to the probation officer to

26 address criminal history points in the presentence report, for defense preparation in other aspects of

27 sentencing and for completion of the presentence report. There are several cases that need to be

28 resolved. One is in Orange county and the others are in different departments of Los Angeles county.

The Orange county case was resolved on June 6th of this year and a minute order has been provided to the Government and Probation showing the resolution. The other cases are still in the process of being resolved.

    4. The probation officer, Julie Besabe, is available and is in agreement with the disclosure schedule requested by the parties.

    5. The presentence interview has already been conducted and the draft report has been completed.

    6. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | September 19, 2024 |
| Reply, or Statement of Non-opposition: | September 12, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 5, 2024 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | August 29, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | August 22, 2024 |
| The Proposed Pre-Sentence Report has been disclosed to Counsel. | |

IT IS SO STIPULATED.

Dated:  June 17, 2024	PHILLIP A. TALBERT
	United States Attorney

	By:	/s/ Toni White for
		CHRISTINA MCCALL
		Assistant U.S. Attorney

	For the United States

Dated:  June 17, 2024	By:	/s/ Toni White
		TONI WHITE

	For Defendant Saraya Kelly

## **O R D E R**

IT IS SO FOUND AND ORDERED this 20th day of June, 2024.

	Troy L. Nunley
	United States District Judge