```
TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244


Attorney for Defendant
SARAYA KELLY
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00134 TLN |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| v. | |
| SARAYA KELLY, | |
| Defendant | |

Defendant SARAYA KELLY, by and through her counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney CHRISTINA McCALL hereby stipulate as follows:

1.   By previous order, this matter was set for sentencing on September 19, 2024.

2.   By this stipulation, defendant now moves to continue the sentencing to October 17, 2024. The GOVERNMENT does not oppose this request.

3. This continuance will allow for defense counsel to complete sentencing mitigation efforts related to Ms. Kelly's prior convictions in southern California. Defense counsel has been working on issues with Orange county public defender and Los Angeles county public defender to clear up warrants and get clarity on the status of prior cases. The Orange county matter has been resolved favorably for Ms. Kelly. The issues related to the Los Angeles prior convictions have not yet been

resolved. As such, defense counsel needs additional time to provide the information to probation as it is related to criminal history calculations.

4. The probation officer, Julie Besabe, is available and is in agreement with the disclosure schedule requested by the parties.

5. The presentence interview has already been conducted and the draft report has been completed.

6. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | **October 17, 2024, at 9:30 a.m** |
| Reply, or Statement of Non-opposition: | October 10, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 3, 2024 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | September 26, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | September 19, 2024 |
| The Proposed Pre-Sentence Report has been disclosed to Counsel. | |

IT IS SO STIPULATED.

Dated:  August 27, 2024              PHILLIP A. TALBERT
                                     United States Attorney

                                     By:    /s/ Toni White for
                                     CHRISTINA MCCALL
                                     Assistant U.S. Attorney

                                     For the United States

Dated:  August 27, 2024              By:    /s/ Toni White
                                     TONI WHITE

                                     For Defendant Saraya Kelly

**O R D E R**

IT IS SO FOUND AND ORDERED this 30th day of August 2024.

_____
Troy L. Nunley
United States District Judge